IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JODIE HOPKINS | * | |
| Plaintiff, | | |
| | * | |
| v. | | Case No. 1:17-cv-00452-RDB |
| | * | |
| UNDER ARMOUR, INC., et al. | | |
| Defendant. | * | |

## MOTION FOR ADMISSION PRO HAC VICE

I, G. Stewart Webb, Jr._____, am a member in good standing of the bar of this Court. I am moving the admission of Samuel P. Groner_____ to appear pro hac vice in this case as counsel for Defendant Under Armour, Inc._____.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York--2007, NY Bar No. 4474607 | US Supreme Court--2/22/2016 |
| | US District Court for the Southern District of New York--9/14/2010 |
| | US District Court for the Eastern District of New York--9/14/2010 |
| | US Court of Appeals for the Second Circuit--1/16/2013 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court __0__ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or ___N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

_[signature]_

Signature

G. Stewart Webb, Jr., No. 00828

Printed name and bar number

**Venable LLP**

Office name

750 E. Pratt St., Suite 900, Balt., MD 21202

Address

gswebb@venable.com

Email Address

(410) 244-7565

Telephone number

(410) 244-7742

Fax Number

PROPOSED ADMITTEE

_[signature]_

Signature

Samuel P. Groner, NY Bar No. 4474607

Printed name and bar number

Fried, Frank, Harris, Shriver & Jacobson LLP

Office name

One New York Plaza, NY, NY 10004

Address

samuel.groner@friedfrank.com

Email Address

(212) 859-8000

Telephone number

(212) 859-4000

Fax Number

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March 2017 a copy of the foregoing was served on counsel of record via the Court's CM/ECF system.

/s/
G. Stewart Webb, Jr.